STATE OF CONNECTICUT *v.* LOUIS J. MAIOCCO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 5 Conn. App. 347, is denied.

*Judy Ann Stevens, John D. Guman, Jr.,* and *James P. McLoughlin,* in support of the petition.

*Donald A. Browne,* state's attorney, and *Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 8, 1985

YALE LITERARY MAGAZINE ET AL. *v.*
YALE UNIVERSITY ET AL.

The plaintiffs Andrei Navrozov's and American Literary Society, Inc.'s petition for certification for appeal from the Appellate Court, 4 Conn. App. 592, is granted.

*John R. Williams,* in support of the petition.

*William J. Doyle* and *Mark R. Kravitz,* in opposition.

Decided November 8, 1985